DURIE TANGRI LLP
DARALYN J DURIE (SBN 169825)
ddurie@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant and Counterclaim Plaintiff
THESTREET.COM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EIT HOLDINGS, LLC, a Delaware company,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>THESTREET.COM, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 3:11-cv-02469-JCS<br><br>**JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**<br><br>Date: August 26, 2011<br>Time: 1:30 p.m.<br>Ctrm: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

Pursuant to Civil L.R. 6-2 and 7-12 and Fed. R. Civ. P. 6(b), Plaintiff and Counterclaim Defendant EIT Holdings, LLC ("EIT") and Defendant and Counterclaim Plaintiff TheStreet.com, Inc. ("TheStreet") hereby request that the Court enter an order changing the time of the Case Management Conference. This stipulated request is supported by the Declaration of Ryan M. Kent in Support of Joint Stipulated Request Pursuant to Local Rule 6-2 for Changing Time of Case Management Conference ("Kent Decl."). In support of the parties' stipulated request, the parties state as follows:

1. The Court set the initial Case Management Conference for August 26, 2011 at 1:30 p.m.

2. The parties request that the Case Management Conference be set for September 9, 2011 at 1:30 p.m.

3. There have been no previous time modifications in this case, either by stipulation or court order. Kent Decl. ¶ 2.

For the foregoing reasons, the parties respectfully request that the Court enter an order that the Case Management Conference be set for September 9, 2011 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: July 25, 2011               DURIE TANGRI LLP

                                   By:    */s/ Ryan M. Kent*
                                        DARALYN J. DURIE
                                        RYAN M. KENT
                                        EUGENE NOVIKOV

                                   Attorneys for Defendant and Counterclaim
                                   Plaintiff THESTREET.COM, INC.

Dated: July 25, 2011               GOLDSTEIN & VOWELL, LLP

                                   By:    */s/ Edward W. Goldstein*
                                        EDWARD W. GOLDSTEIN
                                        CORBY R. VOWELL
                                        JODY M. GOLDSTEIN
                                        ALISA A. LIPSKI

                                   Attorneys for Plaintiff and Counterclaim
                                   Defendant EIT HOLDINGS, LLC

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

SO ORDERED.

Dated: July 27, 2011

_____
HON. JOSEPH C. SPERO
U.S. MAGISTRATE COURT JUDGE

---

2
JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER
CHANGING TIME OF CASE MANAGEMENT CONFERENCE / CASE NO. 3:11-CV-02463-JCS