# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JOSEPH C. SPERO    COURTROOM DEPUTY**: Karen L. Hom

**CASE NO.   C11-02469 JCS**

**CASE NAME:  EIT HOLDINGS v. THESTREET.COM**

**DATE: December 6, 2011        TIME: 1.5 H        COURT REPORTER**: Not Reported

**COUNSEL FOR PLAINTIFF:**
Edward W. Goldstein
Alisa Lipski

**COUNSEL FOR DEFENDANT:**
Daralyn Durie
Eugene Novikov

## PROCEEDINGS

[X]  SETTLEMENT CONFERENCE - Held.

[ ]  FURTHER SETTLEMENT CONFERENCE

[ ]  DISCOVERY CONFERENCE

[ ]  STATUS CONFERENCE RE:

[ ]  TELEPHONIC CONFERENCE RE:

[ ]   OTHER:

CASE CONTINUED TO:               FOR

NOTES:

Case did not settle. Parties may contact the Court if they wish to schedule a further settlement conference.

*T=Telephonic Appearance