Mark W. Good (State Bar No. 218809)
Benedict O'Mahoney (State Bar No. 152447)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895
Email: mgood@terra-law.com
Email: bomahoney@terra-law.com

Alisa A. Lipski (SBN 278710)
Edward W. Goldstein (TX Bar No. 08099500)
Goldstein & Lipski PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile: (713)877-1737
Email: alipski@gliplaw.com
Email: egoldstein@gliplaw.com

Attorneys for Plaintiff
EIT Holdings LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EIT HOLDINGS LLC, a Delaware company,<br><br>Plaintiff,<br><br>vs.<br><br>THESTREET.COM, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No.: 3:11-CV-02469 JCS<br><br>**PLAINTIFF EIT HOLDINGS LLC'S REQUEST AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**<br><br>Date: January 13, 2012<br>Time: 1:30 p.m.<br>Judge: Hon. Joseph C. Spero |

Pursuant to Local Rule 16-10(a), counsel for Plaintiff, EIT Holdings, LLC ("EIT") respectfully requests that the Court allow the telephonic appearance of lead counsel, Edward Goldstein and Alisa Lipski, at the Case Management Conference scheduled for January 13, 2012 at 1:30 p.m. in the above referenced matter. This request is made on the grounds that lead counsel

is located in Houston, TX.  Accordingly, requiring personal appearance by Edward Goldstein and Alisa Lipski would impose an unnecessary hardship.

EIT's local counsel, Benedict O'Mahoney, will attend the Case Management Conference in person.

Respectfully submitted,

Dated:  December 21, 2011                By:  /s/ Edward W. Goldstein

Edward W. Goldstein (Pro Hac Vice)
Alisa A. Lipski (SBN 278710)
GOLDSTEIN &LIPSKI, L.L.P.
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  713-877-1515
Fax:  713-877-1737
Email: alipski@gliplaw.com
Email:  egoldstein@gliplaw.com

Mark W. Good (State Bar No. 218809)
Benedict O'Mahoney (State Bar No. 152447)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone:  (408) 299-1200
Facsimile:  (408) 998-4895
Email:  mgood@terra-law.com
Email:  bomahoney@terra-law.com

ATTORNEYS FOR PLAINTIFF

1 **[~~PROPOSED~~] ORDER**

2 GOOD CAUSE HAVING BEEN SHOWN, EIT Holdings, LLC's lead counsel, Edward

3 Goldstein and Alisa Lipski, is permitted to participate by telephone in the Case Management

4 Conference on January 13, 2012. Counsel is directed to ~~call in as follows:~~

5 provide the clerk with direct land line contact phone numbers by January 6, 2012. Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call. No speaker phones

6 or cell phones are allowed.

7 .

8

9 **IT IS SO ORDERED**

10

11 Dated: 12/23/11

12 Hon. Joseph C. Spero

13 United States Magistrate Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero — United States District Court, Northern District of California]*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2011, I electronically filed the foregoing document with the Clerk of the Court using this court's CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered in an appearance in this action. Pursuant to General Order 45(IX)(A), the e-mail notification constitutes service to those counsel of record.

/s/ Edward W. Goldstein
Edward W. Goldstein

Request to Appear Telephonically -4- Civil Action No. CV11-02469 JCS