| | |
|---|---|
| Mark W. Good (SBN 218809) | Daralyn Durie (SBN 169825) |
| Benedict O'Mahoney (SBN 152447 | Ryan M. Kent (SBN 220441) |
| TERRA Law L.L.P. | Eugene Novikov (SBN 257849) |
| 117 Park Avenue, Third Floor | Durie Tangri LLP |
| San Jose, California 95113 | 217 Leidesdorff Street |
| Tel: (408) 299-1200 | San Francisco, CA. 94111 |
| Fax: (408) 998-4895 | Tel: (415) 362-6666 |
| Email: mgood@terra-law.com | Fax: (415) 236-6300 |
| Email: bomahoney@terra-law.com | Email: ddurie@durietangri.com |
| | Email: rkent@durietangri.com |
| Alisa A. Lipski (SBN 278710) | Email: enovikov@durietangri.com |
| Edward W. Goldstein (TX Bar No. 08099500) | |
| Goldstein & Lipski PLLC | Attorneys for Defendant |
| 1177 West Loop South, Suite 400 | TheStreet, Inc. (f/k/aTheStreet.com, Inc.) |
| Houston, Texas 77027 | |
| Tel: (713) 877-1515 | |
| Fax: (713) 877-1737 | |
| Email: alipski@gliplaw.com | |
| Email: egoldstein@gliplaw.com | |

Attorneys for Plaintiff
EIT Holdings LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EIT HOLDINGS LLC, a Delaware company<br><br>Plaintiff,<br><br>vs.<br><br>THESTREET.COM, INCORPORATED, a Delaware Corporation,<br><br>Defendant. | CASE NO. 3:11-CV-02469-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR THREE-MONTH CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>**DEMAND FOR JURY TRIAL** |

## JOINT STIPULATION

Plaintiff and counterclaim Defendant EIT Holdings, LLC ("EIT") and Defendant and counterclaimn Plaintiff TheStreet.com ("TheStreet") respectfully request that the Court continue the Case Management Conference of August 31, 2012 (Doc 39) for three months, allowing time

for *EIT Holdings, LLC v. Yelp! Inc.*, Case No. 3:10-cv-05623-WHA (N.D. Cal.), to proceed in the United States Court of Appeals for the Federal Circuit.

Dated: August 24, 2012                                    Respectfully submitted,

| **Counsel for EIT Holdings, LLC** | **Counsel for TheStreet, Inc.** <br> **(f/k/aTheStreet.com, Inc.)** |
|---|---|
| By: */s/ Edward W. Goldstein* | By: *s/ Ryan Kent* |
| Alisa A. Lipski (SBN 278710) <br> Edward W. Goldstein (TX Bar No. 08099500) <br> **GOLDSTEIN & LIPSKI, P.L.L.C.** <br> 1177 West Loop South, Suite 400 <br> Houston, TX  77027 <br> Tel:  713-877-1515 <br> Fax:  713-877-1737 <br> Email: alipski@gliplaw.com <br> Email: egoldstein@gliplaw.com <br><br> Benedict O'Mahoney (SBN 152447) <br> **TERRA Law LLP** <br> 177 Park Avenue, Third Floor <br> San Jose, California  95113 <br> Tel:  (408) 299-1200 <br> Fax:  (408) 998-4895 <br> Email:  bomahoney@terra-law.com | Daralyn Durie (SBN 169825) <br> Ryan M. Kent  (SBN 220441) <br> Durie Tangri LLP <br> 217 Leidesdorff Street <br> San Francisco, CA. 94111 <br> Tel:  (415) 362-6666 <br> Fax:  (415) 236-6300 <br> Email:  ddurie@durietangri.com <br> Email:  rkent@durietangri.com |

## **ATTESTATION OF CONCURRENCE**

I, Edward W. Goldstein, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: August 24, 2012                                    By: *s/ Edward W. Goldstein*

**Counsel for EIT Holdings, LLC**

**[PROPOSED] ORDER**

WHEREAS, Plaintiff and Counterclaim Defendant EIT Holdings, LLC and Defendant and Counterclaim Plaintiff TheStreet, Inc. f/k/a The Street.com Inc. have agreed to continue the Case Management Conference of August 31, 2012 for a three-month period to be reset for November 30, 2012.

NOW, THEREFORE, IT IS SO ORDERED.

DATED: __August 28_____, 2012         _____

HONORABLE JOSEPH C. SPERO
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 24, 2012, or, if not yet registered with the Court's CM/ECF system, via electronic mail pursuant to Fed.R.Civ.P. 5(b)(2)(E). Any other counsel of record will be served by first class U.S. Mail.

*s/ Edward W. Goldstein*
Edward W. Goldstein